1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Darrel Sidney Thompson,                )   No. CV 04-2489 PHX NVW (MS)
                                            )
10              Petitioner,                  )   **ORDER**
                                            )
11        v.                                 )
                                            )
12                                          )
     Dora B. Schriro, et al.,                )
13                                          )
                Respondents.                 )
14                                          )
                                            )
15   ─────────────────────────────────────  )

16        Pending before the court is the Report and Recommendation ("R&R") of Magistrate

17   Judge Morton Sitver (doc. #28) regarding Petitioner's Amended Petition for Writ of Habeas

18   Corpus filed pursuant to 28 U.S.C. § 2254 (doc. #4). The R&R recommends that the

19   Amended Petition for Writ of Habeas Corpus be denied and dismissed with prejudice

20   because Petitioner's claims are exhausted but procedurally defaulted.  In the R&R the

21   magistrate judge advised the parties that they had ten days to file objections to the R&R. That

22   time has passed and no objections have been filed.

23        The parties did not file objections, which relieves the court of its obligation to review

24   any of the magistrate judge's determinations in the R&R.  *See* 28 U.S.C. § 636(b)(1);

25   Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

26   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

27   review at all . . . of any issue that is not the subject of an objection.").  The court has

28   nonetheless reviewed the R&R and finds that it is well taken because the Petitioner's claims

1  are exhausted but procedurally defaulted.  The court will accept the R&R and deny and

2  dismiss with prejudice Petitioner's Amended Petition for Writ of Habeas Corpus.

3      **IT IS THEREFORE ORDERED** that Report and Recommendation of Magistrate

4  Judge Sitver (doc. #28) is **accepted**.

5      **IT IS FURTHER ORDERED** that Petitioner's Amended Petition for Writ of Habeas

6  Corpus (doc. #4) is denied and dismissed with prejudice because Petitioner's claims are

7  exhausted but procedurally defaulted.  The clerk shall terminate this case.

8      DATED this 19th day of January 2006.

9

10

11  _____

12  Neil V. Wake
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28